IN THE CIRCUIT COURT FOR DORCHESTER COUNTY, MARYLAND

BANK OF THE EASTERN SHORE　　　　*

　　　Plaintiff　　　　　　　　　　*

v.　　　　　　　　　　　　　　　*

KAREN ABBOTT, et al.　　　　　　*　　Case No. 09-C-11-018720

　　　Defendants　　　　　　　　*

\* \* \* \* \* \* \* \* \* \* \* \* \*

Received in the Circuit Court on

6-18-11

By Amy J. Craig, Clerk

### REQUEST FOR WRIT OF GARNISHMENT OF WAGES PURSUANT TO MARYLAND RULE 2-646

Plaintiff Bank of the Eastern Shore, by its undersigned attorneys and pursuant to Maryland Rule 2-646, requests that the Clerk issue a Writ of Garnishment of Wages against Defendant Karen Abbott. The Writ of Garnishment is to be served by private process on the following named garnishee:

> Perdue Farms Incorporated
> 31149 Old Ocean City Road
> Salisbury, Maryland 21804
>
> Serve: Perdue Farms Incorporated
> c/o The Corporation Trust Incorporated, Resident Agent
> 351 West Camden Street
> Baltimore, Maryland 21201

Please return the Writ to undersigned counsel. Service upon Garnishee will be made in accordance with Maryland Rules 2-121 and 2-123. A copy of the Writ shall be mailed to debtor's last known address pursuant to Maryland Rule 2-646(d).

Judgment was entered in the Circuit Court for Talbot County on June 13, 2011, in the amount of $113,232.45. Interest accrues at the rate of $15.61 per diem.

Respectfully submitted,

/s/ *signature*

Demetrios G. Kaouris
Douglas S. Walker
Miles & Stockbridge PC
101 Bay Street, Suite 2
Easton, Maryland 21601
(410) 822-5280

Attorneys for Plaintiff