IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Federal Deposit Insurance Corporation <br> as Receiver for the Bank of the Eastern Shore <br><br> Plaintiff <br><br> v. <br><br> Karen Abbott, et al. <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> Case No. CCB-12-2111 <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO STAY THE ACTION

This Stipulation to Stay the Action ("Stipulation"), through and by undersigned counsel, is hereby entered into by Plaintiff FDIC as Receiver for the Bank of the Eastern Shore ("FDIC-Receiver") and Defendant Karen Abbott ("Abbott"), as follows:

WHEREAS, on June 7, 2011, the Bank of the Eastern Shore ("BOES") filed this action against Defendants Karen Abbott and Maurice Jay Robinson ("Robinson") seeking a judgment on two promissory notes;

WHEREAS, the Circuit Court for Dorchester County entered confessed judgments against Abbott and Robinson, jointly, and in favor of BOES on June 15, 2011, in the amount of $52,842.71 and $60,389.74;

WHEREAS, on April 27, 2012, the Maryland Commissioner of Financial Regulation closed BOES and appointed the FDIC as Receiver for BOES;

WHEREAS, when the FDIC is appointed as Receiver, it succeeds to "all rights, titles, powers and privileges of" the failed financial institution, and may "take over the assets of and

operate" the failed institution with all the powers thereof, see 12 U.S.C. §§ 1821(d)(2)(A)(i), 1821(d)(2)(B)(i);

WHEREAS, Abbott filed a Motion to Vacate Judgment in this case on June 29, 2012;

WHEREAS, because FDIC-Receiver has succeeded to "all rights, titles, powers and privileges of" BOES, FDIC-Receiver has been substituted for BOES as the real party-in-interest in this case;

WHEREAS, the FDIC removed this action to this Honorable Court by the filing of a Notice of Removal on July 16, 2012;

WHEREAS, pursuant to 12 U.S.C. §§1821(d)(3) through (13), enacted as part of the Financial Institutions Reform, Recovery and Enforcement Act of 1989, Pub. L. No. 101-73, 103 Stat. 183 (1989) ("FIRREA"), all claimants with claims against a failed financial institution in Receivership, like BOES, are required to exhaust a mandatory administrative claims process in which the FDIC-Receiver may, within 180 days of submission of administrative claims, determine whether to allow or disallow such administrative claims;

WHEREAS, FDIC-Receiver established August 6, 2012 as the date by which all administrative claims must be submitted;

WHEREAS, Abbott filed an administrative claim with the FDIC-Receiver on or about August 3, 2012;

WHEREAS, it is well-established that litigation initiated prior to the failure of the failed institution should be stayed pending exhaustion of the administrative claims process.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THAT:

1. This case is hereby stayed for 180 days, or until FDIC-Receiver makes a determination on Abbott's administrative claim, whichever occurs sooner.

2. FDIC-Receiver will notify the Court when it makes a determination on Abbot's administrative claim.

3. Pursuant to 12 U.S.C. § 1821(d)(6)(A), if Abbott exhausts the mandatory administrative claims process, and her claim is disallowed, Abbott will have 60 days to notify the Court and FDIC-Receiver as to whether she intends to continue this action. Failure to do so will result in dismissal of her claims asserted in this case.

| | |
|---|---|
| September 20, 2012<br>Date | /s/<br>Demetrios G. Kaouris (Fed. Bar No. 15348)<br>Miles & Stockbridge P.C.<br>101 Bay Street, Suite #2<br>Easton, Maryland 21601<br>Phone: (410) 822-5280<br>dkaouris@milesstockbridge.com |

/s/
Elizabeth M. Greenwald (Fed. Bar No. 28713)
Miles & Stockbridge P.C.
1 West Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
Phone: (410) 821-6565
egreenwald@milesstockbridge.com

*Counsel for Plaintiff, Federal Deposit Insurance Corporation, as Receiver for the Bank of the Eastern Shore*

/s/
Chris S. Mason, Esquire
Webb, Burnett, Cornbrooks, Wilber,
Vorhis, Douse & Mason, LLP
115 Broad Street
P.O. Box 910
Salisbury, Maryland 21803-0910

*Counsel for Defendant Karen Abbott*

SO ORDERED:

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September 2012, a copy of the foregoing was mailed first class, postage prepaid to:

Maurice Jay Robinson
212 Meteor Ave, Apt. 703
Cambridge, Maryland 21613

/s/
Demetrios G. Kaouris
